**Fill in this information to identify your case:**

Debtor 1: Jeffery Wade Short

Debtor 2 (Spouse if, filing): Margaret Elaine Short

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Midland Funding<br><br>Description of property securing debt: 465 Crocket Ridge Road SWMH Rose Hill, VA 24281 Lee County Tax Assessment: $10,000.00 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: avoid lien using 11 U.S.C. § 522(f) | ■ No<br><br>☐ Yes |
| Creditor's name: Stacey's Auto<br><br>Description of property securing debt: 2012 Mazda 3 91,000 miles Valued at: $6,100.00 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: World Acceptance/Finance Corp<br><br>Description of property securing debt: 2007 Chrysler Sebring 200,700 miles | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 1

Debtor 1  Jeffery Wade Short
Debtor 2  Margaret Elaine Short                                          Case number (*if known*)

property    Valued at: $600.00                    ☐ Retain the property and [explain]:
securing debt:

| Part 2: | **List Your Unexpired Personal Property Leases** |

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

| Part 3: | **Sign Below** |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| **X** /s/ Jeffery Wade Short | **X** /s/ Margaret Elaine Short |
|---|---|
| Jeffery Wade Short | Margaret Elaine Short |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    June 4, 2019 | Date    June 4, 2019 |

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  Jeffery Wade Short
      Margaret Elaine Short
                          Debtor(s)

Case No.

Chapter    7

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, a copy of  Chapter 7 Individual Debtors Statement of Intention  was served electronically (ECF) or by regular United States mail (USM) to the Trustee (ECF) and all creditors listed below.

Midland Funding (USM)
2365 Northside Dr Ste 300
San Diego CA 92108-0000

Stacey's Auto (USM)
526 Wood Ave E.
Big Stone Gap VA 24219-0000

World Acceptance/Finance Corp (USM)
Attn: Bankruptcy
PO Box 6429
Greenville SC 29606-0000

/s/ Jared Williams TN
Jared Williams TN 031699
Jim Williams & Associates, LLC
324 Cherokee Street
Kingsport, TN 37660
423-230-0006Fax:423-230-0009
jared@tnvaattorney.com